IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ANTONIO COTTO CRUZ
ADA LUZ RIVERA REYES

XXX-XX-4453
XXX-XX-6113

    Debtor(s)

CASE NO. 07-00101 BKT
Chapter 13

FILED & ENTERED ON 03/28/2011

## ORDER GRANTING WITHDRAWAL OF MOTION

The Chapter 13 Trustee's motion withdrawing (docket entry #46):

    [ ] the motion to dismiss
    [ ] the objection to confirmation
    [X] the objection to claim #1 filed by Discovery Bank (docket entry #44)
    [ ] the motion to lift stay
    [ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28 day of March, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:   DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    ALEJANDRO OLIVERAS RIVERA